# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Robertson Transformer Co.

                      Plaintiff,

v.                                             Case No.: 1:12–cv–08094
                                                         Honorable Elaine E. Bucklo

General Electric Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion to withdraw of Lisa M. Schoedel as attorney for defendants [238] is granted. Motion for extension of defendants' time to file responses in opposition to Robertson's motions to exclude or strike is granted. All responses to motions to exclude and motions to strike [159], [182], [190], [222], [241], [242] to be filed by 2/2/2015. Responses shall not exceed 10 pages in length. Attorney Lisa Marie Schoedel terminated. No appearance is required on 1/22/2015. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.