IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robertson Transformer Co. d/b/a Robertson Worldwide,<br><br>        Plaintiff,<br><br>    v.<br><br>General Electric Company,<br>GE Lighting, LLC,<br>H.B. Etlin Company, Ltd. a/k/a Etlin-Daniels,<br>ARN Industries, Inc. d/b/a Halco Lighting Technologies,<br>Hatch Transformers, Inc.,<br>Howard Industries Inc., and<br>Keystone Technologies, LLC,<br><br>        Defendants,<br><br>and<br><br>Super X Manufacturing Ltd.,<br><br>        Intervenor. | Civil Action No. 1:12-cv-08094<br><br>JURY TRIAL DEMANDED<br><br>Judge Elaine E. Bucklo |

**SUPPLEMENTAL DECLARATION OF STEVEN W. HARTSELL IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NO LACHES, ESTOPPEL OR WAIVER AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**

I, Steven W. Hartsell, hereby declare as follows:

1. I am an attorney with Skiermont Puckett LLP, and counsel of record for Plaintiff Robertson Transformer Co. d/b/a Robertson Worldwide, in the above-captioned action. This declaration is made in support of Plaintiff's Reply in Support of its Motion for Summary Judgment of No Laches, Estoppel or Waiver and Motion for Partial Summary Judgment of Infringement

2. I am over the age of 21 years and am competent to make this declaration. All of

the statements set forth herein are true and correct and are based on my personal knowledge.

3. Attached as Exhibit 110 to this declaration is a true and correct copy of a December 30, 2014, Order from the Federal Circuit Court of Appeals in *SCA Hygiene Products Aktiebolag et al. v. First Quality Baby Products, LLC, et al*., Appeal No. 2013-1564.

4. Attached as Exhibit 111 to this declaration is a true and correct copy of *Munchkin, Inc., v. Luv N' Care Ltd.*, No. 2:13-cv-07228, Dkt. 89 (C.D. Cal. Jan. 21, 2015).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of January, 2015, in Dallas, Texas.

/s/ Steven W. Hartsell  
Steven W. Hartsell