# FILED UNDER SEAL PURSUANT TO LOCAL RULE 26.2

# DLX-111
# DLX-113 – DLX-116
# DLX-118 – DLX-127

# DLX-112

JE1278



# SKIERMONT SP PUCKETT LLP

2200 Ross Ave., Suite 4800W
Dallas, TX 75201
www.skiermontpuckett.com

Wilhemina Tyler, Associate
wilhemina.tyler@skiermontpuckett.com

Tel: 214-978-6600
Fax: 214-978-6601

February 7, 2014

*Via Email and FedEx*
James Lovsin
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

Re: *Robertson Transformer Co. d/b/a Robertson Worldwide v. General Electric Company*, et al., Case No. 1:12-cv-08094

Dear James:

Enclosed please find a flash drive containing Robertson's supplemental document production bearing Bates Numbers RWW-00011908 – RWW-00078592, and three documents in native format. Please note that the flash drive contains "Highly Confidential" documents pursuant to the Default Protective Order in this matter.

Robertson still maintains that the topics listed in your letter of January 29, 2014 are overbroad and not relevant to any of the legal issues in this matter. Per the parties' agreement on Friday, January 31, 2014, however, Robertson is providing this supplemental production in order to avoid unnecessary motion practice.

And further to the parties' agreement on January 31, 2014, please also find enclosed with this letter a verification from Robertson's President, William Bryant, attesting to the completion of Robertson's search for documents and the resulting production of documents.

Please let me know if you have any questions or if you encounter any issues with the flash drive.

Sincerely,

Wilhemina Tyler

Enc.
cc: All Counsel of record (*via email without enclosures*)

JE1279

# DLX-117

JE1319

# PERFORMANCE SERIES™





## ON, AND ON, AND ON.



JE1320

 **Lighting Industry Leader for Fifty-Seven Years**

For over 57 years, the lighting industry has relied upon Robertson Worldwide for innovative lighting solutions. From the first magnetic ballasts, through developing the ballast for the compact fluorescent lamp to today's high performance electronic ballast, Robertson is known for its dedication to solving customer problems. With four series of ballasts to address specific performance requirements, you can rely on Robertson for the quality products you need to satisfy your customer's expectations:

**World Series** - World Class, Highest Performance Ballast on the Market Today

**Sterling Series** - Professional Grade, High Efficiency, Commercial and Residential Applications

**Electra Series** - Economical, Energy Star Rated, Ideal for the Residential and Hospitality Market

**Performance Series** - Competitive Performance, High Quality OEM Grade Products

All Robertson ballasts have the same quality of design, components and manufacturing consistency. Each series has specific features and performance targets utilizing the latest in electronic and magnetic technology. Our newest ballasts correctly support more lamp types in more combinations, which in conjunction with wide, multi- voltage support reduce inventory costs and complexity.

**Robertson has solutions for the following lighting Technologies**

| | |
|---|---|
| Fluorescent | T5, T8 and T12 Linear, Compact and Circular |
| High Intensity Discharge | Metal Halide, High and Low Pressure Sodium |
| Ultraviolet | Air and Water Quality, Germicidal |
| Dimming | Local, Continuous, 2-Step, 3-Step |
| Halogen | Voltage Transformers |
| OptoElectronic (LED) | High Accuracy, Stabilized Power Supplies |

Leading manufacturers of the highest quality lighting fixtures and commercial appliances choose Robertson when performance is paramount.

*ON, AND ON, AND ON . . .* Rely on Robertson for Your Lighting Solution.

## Performance Series

At Robertson we continually seek to provide our customers the highest level of quality, performance and value in the ballasts we manufacture. The new Performance Series from Robertson imparts just that – quality, and performance at a competitive price.



**A Ballast to Meet Every Specification**
Robertson Worldwide offers a complete line of electronic ballast types to operate T5, T8, and T12
linear fluorescent lamps. With an unsurpassed range of ballast factors from .65 to 1.25, our electronic ballast line provides superior performance to meet specific lighting applications. Our ability to customize ballasts to meet specific lamp voltage and frequency requirements provides significant benefit to the overall performance of the lighting system.

**Lamp to Ballast Combinations**
Linear fluorescent lamps utilize a variety of start types including preheat, rapid and instant start. Generally, the ballast circuit type will match the lamp's start type. However, linear fluorescent ballast circuit types extend to include trigger, electronic and programmed start types. Utilizing a combination of ballast circuit types with lamp start types may provide improved or diminished ballast performance. Optimum performance will depend on selecting the best combination based on the specifications of the lamp and ballast.

**Features Available in the Performance Series Family**

- Normal and High Power Factor
- Multi-Volt and Designated Voltage
- Internal Surge Protection
- Instant, Rapid and Preheat (Rapid) Start
- Several Models Meet or Surpass Energy Star Requirements
- Extensive variety of can styles and sizes

JE1321   *Call 800-323-5633 or Visit Us at www.robertsonww.com*

# Ballasts for Single-Based Lamps

| Lamp Watts | Lamp | No. of Lamps | Ballast Catalog Number | Input Voltage (V) | Line Current (A) | Input Power (W) | Power Factor | Ballast Factor | Max. Current THD (%) | Case Style | Wiring Diagram |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMPACT FLUORESCENT TWIN TUBE** | | | | | | | | | | | |
| 5 | CFT5W/2G7 | 1 | RENB1L13120 | 120 | 0.10 | 7 | ≥0.50 | 1.10 | ≤150 | 21 | 103 |
| | | | RP48 | | 0.10 | 6 | ≥0.50 | 1.05 | ≤152 | 2B | 103 |
| 7 | CFT7W/2G7 | 1 | REN1L13120 | 120 | 0.11 | 9 | ≥0.50 | 1.00 | ≤150 | 7 | 103 |
| | | | RENB1L13120 | | 0.11 | 9 | ≥0.50 | 1.00 | ≤150 | 21 | 103 |
| | | | RP48 | | 0.12 | 7 | ≥0.52 | 1.00 | ≤148 | 2B | 103 |
| 9 | CFT9W/2G7 | 1 | REN1L13120 | 120 | 0.15 | 11 | ≥0.50 | 1.00 | ≤150 | 7 | 103 |
| | | | RENB1L13120 | | 0.15 | 11 | ≥0.50 | 1.00 | ≤150 | 21 | 103 |
| | | | RP48 | | 0.13 | 8 | ≥0.55 | 0.93 | ≤136 | 2B | 103 |
| 13 | CFT13W/2GX7 | 1 | RENB1L13120H | 120 | 0.22 | 13 | ≥0.48 | 0.95 | ≤150 | 21 | 103 |
| | | | RENB1L26120 | | 0.22 | 13 | ≥0.52 | 0.95 | ≤150 | 21 | 103 |
| | | | RP1420 | | 0.24 | 15 | ≥0.51 | 1.15 | ≤145 | 2B | 103 |
| **COMPACT FLUORESCENT QUAD & TRIPLE TUBE** | | | | | | | | | | | |
| 10 | CFQ10W/G24q | 1 | REN1L13120 | 120 | 0.16 | 11 | ≥0.50 | 1.00 | ≤150 | 7 | 103 |
| | | | RENB1L13120 | | 0.16 | 11 | ≥0.50 | 1.00 | ≤150 | 21 | 103 |
| 13 | CFQ13W/G24q CFTR13W/GX24q | 1 | REN1L13120 | 120 | 0.22 | 13 | ≥0.50 | 0.90 | ≤150 | 7 | 103 |
| | | | RENB1L13120 | | 0.22 | 13 | ≥0.50 | 0.90 | ≤150 | 21 | 103 |
| 18 | CFQ18W/G24q CFTR18W/GX24q | 1 | REN1L26120 | 120 | 0.30 | 20 | ≥0.52 | 1.05 | ≤150 | 7 | 103 |
| | | | RENB1L26120 | | 0.30 | 20 | ≥0.52 | 1.05 | ≤150 | 21 | 103 |
| 26 | CFQ26W/G24q CFTR26W/GX24q | 1 | REN1L26120 | 120 | 0.34 | 23 | ≥0.52 | 0.85 | ≤150 | 7 | 103 |
| | | | REN1L36120 | | 0.40 | 28 | ≥0.52 | 0.90 | ≤150 | 7 | 103 |
| | | | RENB1L26120 | | 0.34 | 23 | ≥0.52 | 0.85 | ≤150 | 21 | 103 |
| | | | RENB1L36120 | | 0.40 | 28 | ≥0.52 | 0.90 | ≤150 | 21 | 103 |
| | | | RENB1L36L120 | | 0.40 | 28 | ≥0.58 | 0.90 | ≤150 | 22 | 103 |
| 32 | CFTR32W/GX24q | 1 | REN1L36L120 | 120 | 0.40 | 30 | ≥0.58 | 0.90 | ≤150 | 7B | 103 |
| | | | RENB1L36L120 | | 0.40 | 30 | ≥0.58 | 0.90 | ≤150 | 22 | 103 |
| **COMPACT FLUORESCENT LONG TWIN TUBE** | | | | | | | | | | | |
| 18 | FT18W/2G11 | 1 | REN1L26120 | 120 | 0.32 | 21 | ≥0.52 | 0.80 | ≤150 | 7 | 103 |
| | | | REN1L36120 | | 0.43 | 21 | ≥0.52 | 0.80 | ≤150 | 7 | 103 |
| | | | RENB1L26120 | | 0.32 | 21 | ≥0.52 | 0.80 | ≤150 | 21 | 103 |
| | | | RENB1L36120 | | 0.43 | 21 | ≥0.52 | 0.80 | ≤150 | 21 | 103 |
| | | | RSO120T12230 | 230 | 0.19 | 18 | ≥0.50 | 1.02 | ≤150 | 7B | 103 |
| 18 | FT18W/2G11/RS | 1 | REN1L26120 | 120 | 0.27 | 18 | ≥0.52 | 0.90 | ≤150 | 7 | 103 |
| | | | RENB1L26120 | | 0.27 | 18 | ≥0.52 | 0.90 | ≤150 | 21 | 103 |
| 24 | FT24W/2G11 | 1 | REN1L36120 | 120 | 0.43 | 26 | ≥0.52 | 1.00 | ≤150 | 7 | 103 |
| | | | REN1L36L120 | | 0.38 | 27 | ≥0.58 | 1.00 | ≤150 | 7B | 103 |
| | | | RENB1L26120 | | 0.31 | 20 | ≥0.52 | 0.80 | ≤150 | 21 | 103 |
| | | | RENB1L36120 | | 0.43 | 26 | ≥0.52 | 1.00 | ≤150 | 21 | 103 |
| | | | RENB1L36L120 | | 0.38 | 27 | ≥0.58 | 1.00 | ≤150 | 22 | 103 |
| | | | REN1L26100 | 100 | 0.31 | 21 | ≥0.50 | 0.80 | ≤150 | 7 | 114 |
| | | | RSO120T12230 | 230 | 0.23 | 23 | ≥0.50 | 0.99 | ≤150 | 7B | 103 |
| 36 | FT36W/2G11 | 1 | REN1L36L120 | 120 | 0.44 | 32 | ≥0.58 | 0.85 | ≤150 | 7B | 103 |
| | | | RENB1L36L120 | | 0.44 | 32 | ≥0.58 | 0.85 | ≤150 | 22 | 103 |
| | | 1 | RSO120T12230 | 230 | 0.30 | 38 | ≥0.50 | 1.00 | ≤150 | 7B | 103 |
| 40 | FT40W/2G11/RS | 1 | REN1L36L120 | 120 | 0.52 | 40 | ≥0.58 | 0.90 | ≤150 | 7B | 103 |
| | | | RENB1L36L120 | | 0.52 | 40 | ≥0.58 | 0.90 | ≤150 | 22 | 103 |

## ON, AND ON, AND ON

## Ballasts for Single-Based Lamps

| Lamp Watts | Lamp | No. of Lamps | Ballast Catalog Number | Input Voltage (V) | Line Current (A) | Input Power (W) | Power Factor | Ballast Factor | Max. Current THD (%) | Case Style | Wiring Diagram |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **COMPACT FLUORESCENT SQUARE TUBE (2-D)** |
| 10 | CFS10W/GR10q | 1 | **REN1L13120** | 120 | 0.19 | 12 | ≥0.50 | 0.95 | ≤150 | 7 | 103 |
|  |  |  | **RENB1L13120** |  | 0.19 | 12 | ≥0.50 | 0.95 | ≤150 | 21 | 103 |
| 16 | CFS16W/GR10q | 1 | **REN1L13120** | 120 | 0.23 | 15 | ≥0.50 | 0.90 | ≤150 | 7 | 103 |
|  |  |  | **RENB1L13120** |  | 0.23 | 15 | ≥0.50 | 0.90 | ≤150 | 21 | 103 |
| 21 | CFS21W/GR10q | 1 | **REN1L26120** | 120 | 0.30 | 21 | ≥0.52 | 0.90 | ≤150 | 7 | 103 |
|  |  |  | **RENB1L26120** |  | 0.30 | 21 | ≥0.52 | 0.90 | ≤150 | 21 | 103 |
| 28 | CFS28W/GR10q | 1 | **REN1L26120** | 120 | 0.35 | 24 | ≥0.52 | 0.85 | ≤150 | 7 | 103 |
|  |  |  | **RENB1L26120** |  | 0.35 | 24 | ≥0.52 | 0.85 | ≤150 | 21 | 103 |
| 38 | CFS38W/GR10q | 1 | **REN1L36L120** | 120 | 0.44 | 32 | ≥0.58 | 0.80 | ≤150 | 7B | 103 |
|  |  |  | **RENB1L36L120** |  | 0.44 | 32 | ≥0.58 | 0.80 | ≤150 | 22 | 103 |
|  | **CIRCULAR FLUORESCENT TUBE** |
| 20 | FC6T9 (20W) | 1 | **RSO122C230WS** | 230 | 0.17 | 16 | ≥0.50 | 0.89 | ≤150 | 7B | 61 |
| 22 | FC8T9 (22W) | 1 | **RSO122C230WS** | 230 | 0.20 | 20 | ≥0.50 | 0.93 | ≤150 | 7B | 61 |
| 32 | FC12T9 (32W) | 1 | **REN1L36L120WS** | 120 | 0.42 | 32 | ≥0.57 | 0.90 | ≤150 | 7B | 36 |
|  |  |  | **RSO132C230WS** | 230 | 0.30 | 32 | ≥0.50 | 1.03 | ≤150 | 7B | 61 |
| 40 | FC16T9 (40W) | 1 | **REN1L36L120WS** | 120 | 0.52 | 38 | ≥0.58 | 0.90 | ≤150 | 7B | 36 |
|  |  |  | **RSO140C230WS** | 230 | 0.42 | 49 | ≥0.50 | 1.23 | ≤150 | 7B | 61 |

## Ballasts for Linear T5 Lamps

| Lamp Watts | Lamp | No. of Lamps | Ballast Catalog Number | Input Voltage (V) | Line Current (A) | Input Power (W) | Power Factor | Ballast Factor | Max. Current THD (%) | Case Style | Wiring Diagram |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | F4T5 | 1 | **REN1L13120** | 120 | 0.10 | 6 | ≥0.50 | 1.10 | ≤150 | 7 | 3 |
|  |  |  | **RENB1L13120** |  | 0.10 | 6 | ≥0.50 | 1.10 | ≤150 | 21 | 3 |
|  |  |  | **RP48** |  | 0.09 | 5 | ≥0.50 | 1.18 | ≤156 | 2B | 3 |
| 6 | F6T5 | 1 | **REN1L13120** | 120 | 0.12 | 8 | ≥0.50 | 1.10 | ≤150 | 7 | 3 |
|  |  |  | **RENB1L13120** |  | 0.12 | 8 | ≥0.50 | 1.10 | ≤150 | 21 | 3 |
|  |  |  | **RP48** |  | 0.11 | 7 | ≥0.53 | 1.09 | ≤146 | 2B | 3 |
| 8 | F8T5 | 1 | **REN1L13120** | 120 | 0.15 | 10 | ≥0.50 | 1.10 | ≤150 | 7 | 3 |
|  |  |  | **RENB1L13120** |  | 0.15 | 10 | ≥0.50 | 1.10 | ≤150 | 21 | 3 |
|  |  |  | **RP48** |  | 0.12 | 8 | ≥0.55 | 1.00 | ≤137 | 2B | 3 |
| 13 | F13T5 | 1 | **REN1L13120** | 120 | 0.24 | 15 | ≥0.50 | 0.95 | ≤150 | 7 | 3 |
|  |  |  | **RENB1L13120** |  | 0.24 | 15 | ≥0.50 | 0.95 | ≤150 | 21 | 3 |
| 14 | F14T5 | 1 | **REU128T5120** ★ | 120 | 0.15 | 18 | ≥0.98 | 1.08 | ≤10 | 3G | 23 |
| 21 | F21T5 | 1 | **REU128T5120** ★ | 120 | 0.20 | 24 | ≥0.98 | 0.98 | ≤10 | 3G | 23 |
|  |  |  | **REU135T5120** ★ |  | 0.21 | 25 | ≥0.98 | 1.05 | ≤10 | 3G | 23 |
| 28 | F28T5 | 1 | **REU128T5120** ★ | 120 | 0.26 | 31 | ≥0.98 | 0.92 | ≤10 | 3G | 23 |
|  |  |  | **REU135T5120** ★ |  | 0.26 | 31 | ≥0.98 | 0.96 | ≤10 | 3G | 23 |
| 35 | F35T5 | 1 | **REU135T5120** ★ | 120 | 0.32 | 38 | ≥0.98 | 0.90 | ≤10 | 3G | 23 |

★ Meets or Exceeds Energy Star Requirements



# Ballasts for T8 Linear Lamps

| Lamp Watts | Lamp | No. of Lamps | Ballast Catalog Number | Input Voltage (V) | Line Current (A) | Input Power (W) | Power Factor | Ballast Factor | Max. Current THD (%) | Case Style | Wiring Diagram |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | F13T8 | 1 | REU132T8120 ★ | 120 | 0.13 | 15 | ≥0.98 | 1.30 | ≤10 | 3G | 23 |
|  |  |  | REU132T8277 ★ | 277 | 0.07 | 18 | ≥0.98 | 1.10 | ≤10 | 3G | 23 |
| 14 | F14T8 | 1 | REN1L25T8100 | 100 | 0.30 | 14 | ≥0.51 | 0.89 | ≤143 | 7 | 3 |
|  |  |  | RP1420 | 120 | 0.23 | 15 | ≥0.55 | 1.00 | ≤138 | 2B | 3 |
|  |  |  | RSO120T12230 | 230 | 0.17 | 15 | ≥0.50 | 1.15 | <150 | 7B | 3 |
| 15 | F15T8 | 1 | REN1L25T8100 | 100 | 0.29 | 15 | ≥0.52 | 1.00 | ≤143 | 7 | 3 |
|  |  |  | REN1L26120 | 120 | 0.22 | 16 | ≥0.52 | 0.95 | ≤150 | 7 | 3 |
|  |  |  | RENB1L26120 | 120 | 0.22 | 16 | ≥0.52 | 0.95 | <150 | 21 | 3 |
|  |  | 4 | REN4F15T8120 | 120 | 1.00 | 63 | ≥0.50 | 0.90 | ≤150 | 9 | 32 |
|  |  |  | REN4F15T8120L | 120 | 0.82 | 51 | ≥0.50 | 0.75 | ≤150 | 9 | 32 |
|  |  |  | REN4F15T5120HL | 120 | 1.0 - 0.82 | 63 - 51 | ≥0.50 | 0.90 - 0.75 | ≤150 | 9 | 33 |
|  |  | 1 | RSO120T12230 | 230 | 0.19 | 18 | ≥0.50 | 1.24 | ≤150 | 7B | 3 |
| 17 | F17T8, F17T8U | 1 | REN1L25T8100 | 100 | 0.25 | 18 | ≥0.55 | 1.15 | ≤130 | 7 | 3 |
|  |  |  | IES132T8120 ★ | 120 | 0.14 | 17 | ≥0.95 | 0.90 | ≤10 | 12B | 44 |
|  |  |  | REN1L26120 | 120 | 0.28 | 18 | ≥0.52 | 0.95 | ≤150 | 7 | 3 |
|  |  |  | RENB1L26120 | 120 | 0.28 | 18 | ≥0.52 | 0.95 | ≤150 | 21 | 3 |
|  |  |  | REU132T8120 ★ | 120 | 0.16 | 19 | ≥0.98 | 1.20 | ≤10 | 3G | 23 |
|  |  |  | REU132T8277 ★ | 277 | 0.08 | 21 | ≥0.98 | 1.05 | ≤10 | 3G | 23 |
|  |  |  | RP1420 | 120 | 0.26 | 17 | ≥0.56 | 1.05 | ≤132 | 2B | 3 |
|  |  | 2 | IES232T8120 ★ | 120 | 0.27 | 33 | ≥0.98 | 0.90 | ≤10 | 12B | 45 |
|  |  | 3 | IEL332T8120 ★ | 120 | 0.40 | 47 | ≥0.98 | 0.88 | ≤10 | 12A | 46 |
|  |  | 4 | IEL432T8120 ★ | 120 | 0.51 | 60 | ≥0.98 | 0.88 | ≤10 | 12A | 47 |
| 18 | F18T8 | 1 | RP1420 | 120 | 0.26 | 18 | ≥0.56 | 0.88 | ≤134 | 2B | 3 |
|  |  |  | RSO120T12230 | 230 | 0.21 | 20 | ≥0.50 | 1.21 | ≤150 | 7B | 3 |
| 19 | F19T8 | 1 | RSO120T12230 | 230 | 0.21 | 21 | ≥0.50 | 1.16 | ≤150 | 7B | 3 |
| 25 | F25T8 F25T8U | 1 | REN1L25T8100 | 100 | 0.21 | 23 | ≥0.56 | 0.96 | ≤114 | 7 | 3 |
|  |  |  | REN1L26120 | 120 | 0.35 | 24 | ≥0.52 | 0.90 | ≤150 | 7 | 3 |
|  |  |  | RENB1L26120 | 120 | 0.35 | 24 | ≥0.52 | 0.90 | ≤150 | 21 | 3 |
|  |  |  | IES132T8120 ★ | 120 | 0.19 | 23 | ≥0.95 | 0.89 | ≤10 | 12B | 44 |
|  |  |  | REU132T8120 ★ | 120 | 0.21 | 25 | ≥0.98 | 0.99 | ≤10 | 3G | 23 |
|  |  |  | REU132T8277 ★ | 277 | 0.10 | 28 | ≥0.99 | 1.03 | ≤11 | 3G | 23 |
|  |  | 2 | IES232T8120 ★ | 120 | 0.39 | 46 | ≥0.98 | 0.89 | ≤10 | 12B | 45 |
|  |  | 3 | IEL332T8120 ★ | 120 | 0.58 | 69 | ≥0.99 | 0.88 | ≤10 | 12A | 46 |
|  |  | 4 | IEL432T8120 ★ | 120 | 0.74 | 88 | ≥0.99 | 0.88 | ≤10 | 12A | 47 |
| 32 | F32T8 F32T8U | 1 | REN1L36L120 | 120 | 0.51 | 38 | ≥0.58 | 1.10 | <150 | 7B | 3 |
|  |  |  | RENB1L36L120 | 120 | 0.51 | 38 | ≥0.58 | 1.10 | <150 | 22 | 3 |
|  |  |  | IES132T8120 ★ | 120 | 0.25 | 30 | ≥0.98 | 0.88 | ≤10 | 12B | 44 |
|  |  |  | IES232T8120 ★ | 120 | 0.30 | 37 | ≥0.98 | 1.05 | ≤10 | 12B | 45 |
|  |  |  | REU132T8120 ★ | 120 | 0.26 | 31 | ≥0.98 | 0.89 | ≤10 | 3G | 23 |
|  |  |  | REU132T8277 ★ | 277 | 0.12 | 34 | ≥0.99 | 0.98 | ≤10 | 3G | 23 |
|  |  | 2 | IEL332T8120 ★ | 120 | 0.59 | 70 | ≥0.98 | 1.02 | ≤10 | 12A | 46 |
|  |  |  | IES232T8120 ★ | 120 | 0.49 | 58 | ≥0.98 | 0.88 | ≤10 | 12B | 45 |
|  |  | 3 | IEL332T8120 ★ | 120 | 0.75 | 88 | ≥0.98 | 0.88 | ≤10 | 12A | 46 |
|  |  |  | IEL432T8120 ★ | 120 | 0.75 | 89 | ≥0.99 | 0.92 | ≤10 | 12A | 47 |
|  |  | 4 | IEL432T8120 ★ | 120 | 0.93 | 112 | ≥0.99 | 0.88 | ≤10 | 12A | 47 |
| 40 | F40T8 | 1 | REN1L36L120 | 120 | 0.60 | 45 | ≥0.58 | 1.00 | ≤150 | 7B | 3 |
|  |  |  | RENB1L36L120 | 120 | 0.60 | 45 | ≥0.58 | 1.00 | ≤150 | 22 | 3 |
|  |  |  | IES232T8120 ★ | 120 | 0.37 | 44 | ≥0.98 | 1.04 | ≤10 | 12B | 45 |
|  |  | 2 | IEL332T8120 ★ | 120 | 0.69 | 82 | ≥0.99 | 0.96 | ≤10 | 12A | 46 |
|  |  | 3 | IEL432T8120 ★ | 120 | 0.90 | 110 | ≥0.99 | 0.91 | ≤10 | 12A | 47 |

 Meets or Exceeds Energy Star Requirements



# Ballasts for T12 Linear Lamps

| Lamp Watts | Lamp | No. of Lamps | Ballast Catalog Number | Input Voltage (V) | Line Current (A) | Input Power (W) | Power Factor | Ballast Factor | Max. Current THD (%) | Case Style | Wiring Diagram |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | F14T12 | 1 | REN1L25T8100 | 100 | 0.31 | 14 | ≥0.50 | 0.85 | ≤153 | 7 | 3 |
| | | | RP1420 | 120 | 0.24 | 15 | ≥0.55 | 1.00 | ≤136 | 2B | 3 |
| | | | RSO120T12230 | 230 | 0.16 | 15 | ≥0.50 | 1.14 | ≤150 | 7B | 3 |
| 15 | F15T12 | 1 | REN1L25T8100 | 100 | 0.32 | 15 | ≥0.52 | 1.00 | ≤146 | 7 | 3 |
| | | | RP1420 | 120 | 0.25 | 15 | ≥0.54 | 1.00 | ≤150 | 2B | 3 |
| | | | RSO120T12230 | 230 | 0.19 | 17 | ≥0.50 | 1.28 | ≤150 | 7B | 3 |
| 20 | F20T12 | 1 | REN1L25T8100 | 100 | 0.30 | 18 | ≥0.55 | 0.82 | ≤130 | 7 | 3 |
| | | | RP1420 | 120 | 0.25 | 17 | ≥0.55 | 0.88 | ≤137 | 2B | 3 |
| | | | RSO120T12230 | 230 | 0.20 | 19 | ≥0.50 | 0.99 | ≤150 | 7B | 3 |
| 30 | F30T12 | 1 | REN1L36L120 | 120 | 0.40 | 28 | ≥0.58 | 0.85 | ≤150 | 7B | 3 |
| | | | RENB1L36L120 | | 0.40 | 28 | ≥0.58 | 0.85 | ≤150 | 22 | 3 |
| | F30T12 | 1 | RES240T12120 ★ | 120 | 0.33 | 39 | ≥0.98 | 1.05 | ≤10 | 12B | 015A |
| | | 2 | | | 0.51 | 61 | ≥0.98 | 0.85 | ≤10 | 12B | 015A |
| | F30T12ES | 1 | REN1L36L120 | 120 | 0.38 | 27 | ≥0.58 | 0.85 | ≤150 | 7B | 3 |
| | | | RENB1L36L120 | | 0.38 | 27 | ≥0.58 | 0.85 | ≤150 | 22 | 3 |
| 34 | F40T12ES | 1 | RENB1L36L120 | 120 | 0.42 | 30 | ≥0.58 | 0.80 | ≤150 | 22 | 3 |
| | | | REN1L36L120 | | 0.42 | 32 | ≥0.58 | 0.80 | ≤150 | 7B | 3 |
| | | 1 | RES240T12120 ★ | 120 | 0.35 | 41 | ≥0.98 | 1.05 | ≤10 | 12B | 015A |
| | | 2 | | | 0.52 | 62 | ≥0.98 | 0.85 | ≤10 | 12B | 015A |
| 40 | F40T12 | 1 | REN1L36L120 | 120 | 0.46 | 34 | ≥0.58 | 0.80 | ≤150 | 7B | 3 |
| | | 1 | RENB1L36L120 | 120 | 0.46 | 34 | ≥0.58 | 0.80 | ≤150 | 22 | 3 |
| | | 1 | RES240T12120 ★ | 120 | 0.38 | 45 | ≥0.98 | 1.05 | ≤10 | 12B | 015A |
| | | 2 | | | 0.60 | 72 | ≥0.98 | 0.85 | ≤10 | 12B | 015A |
| 40 | F48T12 | 1 | IED296T12120 ★ | 120 | 0.41 | 48 | ≥0.97 | 1.10 | ≤10 | 15B | 45 |
| | | 2 | | | 0.63 | 75 | ≥0.99 | 0.95 | ≤10 | 15B | 45 |
| | | 1 | IEL260T12120 | 120 | 0.40 | 46 | ≥0.97 | 1.10 | ≤10 | 12A | 45 |
| | | 2 | | | 0.62 | 74 | ≥0.98 | 0.95 | ≤10 | 12A | 45 |
| 50 | F60T12 | 1 | IED296T12120 ★ | 120 | 0.50 | 59 | ≥0.99 | 1.10 | ≤10 | 15B | 45 |
| | | 2 | | | 0.77 | 92 | ≥0.99 | 0.93 | ≤10 | 15B | 45 |
| 50 | F60T12 | 1 | IEL260T12120 | 120 | 0.48 | 56 | ≥0.98 | 1.10 | ≤10 | 12A | 45 |
| | | 2 | | | 0.76 | 90 | ≥0.99 | 0.93 | ≤10 | 12A | 45 |
| 52 | F64T12 | 1 | IED296T12120 ★ | 120 | 0.55 | 65 | ≥0.99 | 1.10 | ≤10 | 15B | 45 |
| | | 2 | | | 0.85 | 102 | ≥0.99 | 0.93 | ≤10 | 15B | 45 |
| | | 1 | IEL260T12120 | 120 | 0.50 | 60 | ≥0.98 | 1.10 | ≤10 | 12A | 45 |
| | | 2 | | | 0.80 | 95 | ≥0.99 | 0.98 | ≤10 | 12A | 45 |
| 57 | F72T12 | 1 | IED296T12120 ★ | 120 | 0.58 | 68 | ≥0.99 | 1.10 | ≤10 | 15B | 45 |
| | | 2 | | | 0.91 | 108 | ≥0.99 | 0.91 | ≤10 | 15B | 45 |
| | | 1 | IEL260T12120 | 120 | 0.58 | 66 | ≥0.99 | 1.10 | ≤10 | 12A | 45 |
| | | 2 | | | 0.88 | 106 | ≥0.99 | 0.91 | ≤10 | 12A | 45 |
| 60 | F96T12ES | 1 | IED296T12120 ★ | 120 | 0.60 | 72 | ≥0.99 | 1.05 | ≤10 | 15B | 45 |
| | | 2 | | | 0.95 | 114 | ≥0.99 | 0.89 | ≤10 | 15B | 45 |
| | | 1 | IEL260T12120 | 120 | 0.58 | 68 | ≥0.99 | 1.05 | ≤10 | 12A | 45 |
| | | 2 | | | 0.91 | 109 | ≥0.99 | 0.89 | ≤10 | 12A | 45 |
| 70 | F84T12 | 1 | IED296T12120 ★ | 120 | 0.65 | 78 | ≥0.99 | 1.05 | ≤10 | 15B | 45 |
| | | 2 | | | 1.03 | 123 | ≥0.99 | 0.89 | ≤10 | 15B | 45 |
| 75 | F96T12 | 1 | IED296T12120 ★ | 120 | 0.71 | 85 | ≥0.99 | 1.05 | ≤10 | 15B | 45 |
| | | 2 | | | 1.14 | 136 | ≥0.99 | 0.89 | ≤10 | 15B | 45 |

★ Meets or Exceeds Energy Star Requirements



JE1325  **Call 800-323-5633 or Visit Us at www.robertsonww.com**

# Ballasts Specifications - Preheat Rapid Start

**1) Physical Characteristics**

1.1)   The electronic ballast shall be furnished with lead wires, poke-in connectors, optional socket or mounting clip where applicable.

1.2)   The tolerance of the lead length is +2/-1 inch.

1.3)   The electronic ballast shall be encased and fully potted

**2) Performance Requirements**

2.1)   The electronic ballast operates at a line voltage of ±10%, 50 or 60 Hertz.

2.2)   The electronic ballast shall have a power factor equal to or greater than 0.50 for normal power factor and 0.90 for high power factor

2.3)   The electronic ballast shall have a starting time less than 1.0 second.

2.4)   The electronic ballast shall have a Current Crest Factor (CCF) equal to or less than 1.7.

2.5)   The electronic ballast shall have a THD equal to or less than than 200% for normal power factof and 10% for high power factor.

2.6)   The electronic ballast shall have a starting temperature of 0ºF/-18ºC.

2.7)   The electronic ballast shall be sound rated A.

2.8)   The electronic ballast output frequency to the lamp shall range from 20 to 33 kHz. or above 40 kHz.

2.9) The electronic ballast shall carry a three year warranty from date of manufacture when properly installed and operating at the rated maximum case temperature 75°C under normal conditions of use.

**3) Regulatory Requirements**

3.1)  The electronic ballast shall comply with applicable state and federal efficiency standards.

3.2)  The electronic ballast shall withstand transients specified in ANSI C62.41-1991, Category A.

3.3)  The electronic ballast shall be Underwriters Laboratories (UL) Listed (Class P), Canadian Underwriters Laboratories (cUL), and CSA Certified where applicable.

3.4)  The electronic ballast shall not contain Polychlorinated Biphenyl (PCB's).

# Ballasts Specifications - Instant Start

**1) Physical Characteristics**

1.1)   The electronic ballast shall be furnished with lead wires, poke-in connectors, optional socket or mounting clip where applicable.

1.2)   The tolerance of the lead length is +2/-1 inch.

1.3)   The electronic ballast shall be encased and fully potted

**2) Performance requirements**

2.1)  The electronic ballast operates at a line voltage ±10%, 50/60 Hz.

2.2)  The electronic ballast shall have a power factor equal to or greater than 0.50 for normal power factor and 0.90 for high power factor

2.3)  The electronic ballast shall have a starting time less than 0.100 second.

2.4)  The electronic ballast shall have a Current Crest Factor (CCF) less than 1.7.

2.5)  The electronic ballast shall have a THD less than 10% on primary lamps.

2.6)  The electronic ballast shall have a starting temperature of 0ºF/-18ºC.

2.7)  The electronic ballast shall be sound rated A.

2.8)  The electronic ballast output frequency to the lamp shall range from 20 to 33 kHz. or greater then 40 kHz to avoid interference with infrared devices and eliminate visible flicker.

2.9) The electronic ballast shall carry a three year warranty from date of manufacture when properly installed and operating at the rated maximum case temperature 75°C under normal conditions of use.

**3) Regulatory requirements**

3.1) The electronic ballast shall comply with applicable state and federal efficiency standards.

3.2) The electronic ballast shall meet ANSI C82.11 where applicable.

3.3) The electronic ballast shall withstand transients specified in ANSI C62.41-1991, Category A.

3.4) The electronic ballast shall be Underwriters Laboratories (UL) Listed (Class P), Canadian Underwriters Laboratories (cUL), and CSA Certified where applicable.

3.5) The electronic ballast shall not contain Polychlorinated Biphenyl (PCB's).

# Ballasts Specifications - Energy Star

**1) Physical Characteristics**

1.1) The electronic ballast shall be furnished with lead wires, poke-in connectors, optional socket or mounting clip where applicable.
1.2) The tolerance of the lead length is +2/-1 inch.
1.3) The electronic ballast shall be encased and fully potted

**2) Performance Requirements**

2.1) The electronic ballast operates at a line voltage ±10%, 50 or 60 Hertz.
2.2) The electronic ballast shall have a power factor equal to or greater than 0.50 for normal power factor and 0.90 for high power factor
2.3) The electronic ballast shall have a starting time less than 1.0 second.
2.4) The electronic ballast shall have a Current Crest Factor (CCF) equal to or less than 1.7.
2.5) The electronic ballast shall have a THD equal to or less than than 200% for normal power factof and 10% for high power factor.
2.6) The electronic ballast shall have a lamp end-of-life detection and shutdown circuit for compact and T5 fluorescent lamps compliant with IEC61347-2-3 or ANSI C82.11-2005 where applicable.
2.7) The electronic ballast shall have a starting temperature of 0ºF/-18ºC.
2.8) The electronic ballast shall be sound rated A.
2.9) The electronic ballast output frequency to the lamp shall range from 20 to 33 kHz. or above 40 kHz.
2.10) The electronic ballast shall carry a two year warranty from date of manufacture when properly installed and operating at the rated maximum case temperature 75°C under normal conditions of use.

**3) Regulatory Requirements**

3.1) The electronic ballast shall meet the requirements of the Federal Communications Commission rules and regulations, Title 47 CFR part 18, Consumer (Class B) for EMI/RFI (conducted and radiated)
3.2) The electronic ballast shall comply with all applicable state and federal efficiency standards.
3.3) The electronic ballast shall meet ANSI C82.11 where applicable.
3.4) The electronic ballast shall withstand transients specified in ANSI C62.41-1991, Category A.
3.5) The electronic ballast shall be Underwriters Laboratories (UL) Listed (Class P), Canadian Underwriters Laboratories (cUL), and CSA Certified where applicable.
3.6) The electronic ballast shall not contain Polychlorinated Biphenyl (PCB's).







# Warranty

Robertson Worldwide (Robertson), 13611 Thornton Road, Blue Island, IL 60406, warrants those products manufactured and distributed by the company will be free from defects in material and workmanship but not against damage caused by abnormal stress or operating conditions for the following periods from the date of manufacture.

| Product Type | Warranted for this Period |
|---|---|
| Performance Series Electronic Product | 2 Years (Maximum Case Temperature 75°C or less) |
| UV Series Electronic Product | 2 Years (Maximum Case Temperature 75°C or less) |
| Energy Star Electronic Product | 2 Years (Maximum Case Temperature 75°C or less) |
| Standard Magnetic Product | 2 Years (Maximum Case Temperature 90°C or less) |
| High Intensity Discharge (HID) Product | 2 Years (Maximum Case Temperature 150°C or less) |
| Sterling Series Preheat (Rapid) Start Electronic Product | 3 Years (Maximum Case Temperature 75°C or less) |
| Energy Star Electronic Product | 3 Years (Maximum Case Temperature 90°C or less) |
| Sterling Series Program Start Electronic Product | 3 Years (Maximum Case Temperature 90°C or less) |
| Sterling Series Program Start Electronic Product | 5 Years (Maximum Case Temperature 75°C or less) |
| World Series Electronic Product | 5 Years (Maximum Case Temperature 90°C or less) |

This warranty is conditional upon proper storage, installation, use, and maintenance. This warranty is not applicable to any product, which is not installed and operated in accordance with Robertson specifications and instructions or in accordance with the National Electrical Code (NEC), the Standards for Safety of Underwriters Laboratories, Inc. (UL), and the Standards o the American National Standards Institute (ANSI) or, in Canada, the Canadian Standards Association (CSA).

The conditions of any test for product, which is claimed to not perform according to the terms of this warranty, shall be mutually agreed upon in writing; Robertson reserves the right to be represented at any such test.

The company's obligation under this warranty shall be the repair or replacement of any defective part or parts or providing a replacement product.

NO IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE SHALL APPLY BEYOND THE AFOREMENTIONED WARRANTY PERIOD. The foregoing warranty is exclusive of all other statutory, written, or oral warranties, and no other warranties of any kind, statutory or otherwise, are given or herein expressed. This warranty sets forth Robertson's responsibilities regarding the ballast and claimant's exclusive remedy.

LIMITATIONS OF LIABILITY. Under no circumstances, whether as a result of breach of contract, breach of warranty, tort, strict liability or otherwise, will Robertson be liable for consequential, incidental, special or exemplary damages, including, but not limited to, loss of profits, loss of use or damage to any property or equipment, cost of capital, cost of substitute product, facilities or services, down time costs or claims of claimant's customers.

Robertson's liability on any claim of any kind for any loss or damages arising out of, resulting from or concerning any aspect of this agreement of from the product or services furnished hereunder shall not exceed the price paid to Robertson for the specific ballast or ballasts, which gives rise to the claim.

This warranty gives the claimant specific legal rights. The claimant may also have other rights, which vary from state to state.



JE1328  **Call 800-323-5633 or Visit Us at www.robertsonww.com**

# Wiring Diagrams

## Wiring Diagram 003

## Wiring Diagram 015A

## Wiring Diagram 023

## Wiring Diagram 032

## Wiring Diagram 033

## Wiring Diagram 036

## Wiring Diagram 044

## Wiring Diagram 045

For 1 Lamp applications, cap any unused blue lead, insulate 600V.

## Wiring Diagram 046

For 2 Lamp applications, cap any unused blue lead, insulate 600V.

## Wiring Diagram 047

For 3 Lamp applications, cap any unused lead, insulate 900V.

## Wiring Diagram 103

## Wiring Diagram 114







# Case Styles

Case Style 2B



Case Style 9



Case Style 12A, 12B



Case Style 3G



Case Style 15B



Case Style 21 & 22



Case Style 7



Case Style 7B



| Case Style | H | W | L | M | S |
|---|---|---|---|---|---|
| 2B | 1 1/2 | 1 1/16 | 3 1/16 | 2 3/4 | 3/16 |
| | 1.50 | 1.06 | 3.06 | 2.75 | 0.19 |
| | 3.81cm | 2.70cm | 7.77cm | 6.99cm | 0.47cm |
| 3G | 29/32 | 1 5/32 | 9 1/2 | 8 15/16 | 9/32 |
| | 0.91 | 1.16 | 9.50 | 8.94 | 0.28 |
| | 2.31cm | 2.95 cm | 24.13cm | 22.71cm | 0.71cm |
| 7 | 1 7/16 | 1 7/8 | 3 | 2 3/4 | 3/16 |
| | 1.44 | 1.88 | 3.00 | 2.75 | 0.19 |
| | 3.66cm | 4.78cm | 7.62cm | 6.99cm | 0.47cm |
| 7B | 1 7/16 | 1 15/16 | 4 | 3 3/4 | 7/32 |
| | 1.44 | 1.94 | 4.00 | 3.75 | 0.22 |
| | 3.66cm | 4.93cm | 10.16cm | 9.53cm | 0.56cm |
| 9 | 1 13/32 | 1 29/32 | 6 7/16 | 6 | 1/4 |
| | 1.41 | 1.91 | 6.44 | 6.00 | 0.25 |
| | 3.58cm | 4.85cm | 16.36cm | 15.24cm | 0.64cm |
| 12A | 1 5/32 | 1 11/16 | 9 1/2 | 8 15/16 | 9/32 |
| | 1.16 | 1.69 | 9.50 | 8.94 | 0.28 |
| | 3.18cm | 2.71cm | 24.13cm | 22.71cm | 0.71cm |
| 12B | 1 5/32 | 1 3/8 | 9 7/16 | 8 7/8 | 9/32 |
| | 1.16 | 1.38 | 9..44 | 8.88 | 0.28 |
| | 3.18cm | 3.51cm | 23.98cm | 22.56cm | 0.71cm |
| 15B | 1 19/32 | 2 7/32 | 11 13/16 | 11 3/16 | 9/32 |
| | 1.59 | 2.22 | 11.81 | 11.19 | 0.28 |
| | 4.04 cm | 5.64 cm | 30.00 cm | 28.42 cm | 0.71cm |
| 21 | 1 1/16 | 1 5/8 | 2 5/8 | x | x |
| | 1.06 | 1.63 | 2.63 | x | x |
| | 2.69cm | 4.14cm | 6.68cm | x | x |
| 22 | 1 1/8 | 2 1/8 | 3 | x | x |
| | 1.13 | 2.13 | 3.00 | x | x |
| | 2.87cm | 5.41cm | 7.62cm | x | x |

**DISCLAIMER:**
Descriptions and illustrative drawing materials contained herein are accurate to the company's knowledge at time of printing. However, specifications are subject to change without prior notice. If the information is critical, it should be confirmed by contacting the Robertson Sales Department at 800-323-5633.



13611 Thornton Road
Blue Island, IL 60406
Phone 800.323.5633
Fax 877.388.2420
www.robertsonww.com

JE1331