IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robertson Transformer Co. d/b/a Robertson Worldwide,<br><br>       Plaintiff,<br><br>   v.<br><br>General Electric Company,<br>GE Lighting, LLC,<br>H.B. Etlin Company, Ltd. a/k/a Etlin-Daniels,<br>ARN Industries, Inc. d/b/a Halco Lighting Technologies,<br>Hatch Transformers, Inc.,<br>Howard Industries Inc., and<br>Keystone Technologies, LLC,<br><br>       Defendants,<br><br>and<br><br>Super X Manufacturing Ltd.,<br><br>       Intervenor. | Civil Action No. 1:12-cv-08094<br><br>JURY TRIAL DEMANDED<br><br>Judge Elaine E. Bucklo |

**DECLARATION OF STEVEN W. HARTSELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'** *DAUBERT* **MOTION TO EXCLUDE CERTAIN TESTIMONY OF VICTOR D. ROBERTS**

I, Steven W. Hartsell, hereby declare as follows:

1. I am an attorney with Skiermont Puckett LLP, and counsel of record for Plaintiff Robertson Transformer Co. d/b/a Robertson Worldwide, in the above-captioned action. This declaration is made in support of Plaintiff's Opposition to Defendants' *Daubert* Motion to Exclude Certain Testimony of Victor D. Roberts.

2. I am over the age of 21 years and am competent to make this declaration. All of

the statements set forth herein are true and correct and are based on my personal knowledge.

3. Attached as Exhibit 1 to this declaration is a true and correct copy of the Expert Report of Victor D. Roberts, Ph.D. on Defendants' and Intervenor's Infringement of U.S. Patent Nos. 6,366,032 and 6,640,383 dated July 11, 2014 along with associated Exhibits A-R and Appendices A-J.

4. Attached as Exhibit 2 to this declaration is a true and correct copy of the Responsive Expert Report of Victor D. Roberts, Ph.D. to Opening Expert Reports of Bryce Hesterman and C.R. ("Steve") Stevens dated July 14, 2014 and associated Exhibits D-3 and S-Z, which were submitted on August 27, 2014.

5. Attached as Exhibit 3 to this declaration is a true and correct copy of the deposition transcript of Victor D. Roberts, Ph.D. dated September 23, 2014.

6. Attached to as Exhibit 4 to this declaration is a true and correct copy of an updated CV for Dr. Roberts received January 22, 2015.

7. Attached as Exhibit 5 to this declaration is a true and correct copy of the Expert Report of Andrew W. Carter dated July 14, 2014.

8. Attached as Exhibit 6 to this declaration is a true and correct copy of the standard ANSI C82.11 Consolidated-2002 bearing Bates numbers Roberts-00490-00534.

9. Attached as Exhibit 7 to this declaration is a true and correct copy of the standard IEC 61347-2-3 bearing Bates numbers Roberts-00081-00172.

10. Attached as Exhibit 8 to this declaration is a true and correct copy of excerpts from the January 15, 2014, Rule 30(b)(6) deposition of Mr. Billy Siu.

11. Attached as Exhibit 9 to this declaration is a true and correct copy of excerpts from the November 10, 2013, deposition of Peter Shackle, Ph.D.

12. Attached as Exhibit 10 to this declaration is a true and correct copy of the Expert Report of Bryce Hesterman dated July 14, 2014.

13. Attached as Exhibit 11 to this declaration is a true and correct copy of the Expert Report of C.R. ("Steve") Stevens dated July 14, 2014.

14. Attached as Exhibit 12 to this declaration is a true and correct copy of the Rebuttal Expert Report of C.R. ("Steve") Stevens dated August 28, 2014.

15. Attached as Exhibit 13 to this declaration is a true and correct copy of Super X Manufacturing Ltd.'s Supplemental Answers to Robertson's First Set of Interrogatories (Nos. 2, 3, 4, 5, 8, 12, 13, and 16) dated December 31, 2013.

16. Attached as Exhibit 14 to this declaration is a true and correct copy of excerpts from the October 2, 2014 deposition of C.R. "Steve" Stevens.

17. Attached as Exhibit 15 to this declaration is a true and correct copy of the Response of Super X Manufacturing Ltd. to Robertson Transformers Co.'s First Set of Requests for Production of Documents and Things (Nos. 1-177) dated May 9, 2013.

18. Attached as Exhibit 16 to this declaration is a true and correct copy of excerpts from the September 25, 2014 deposition of Bryce L. Hesterman.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of February, 2015, in Dallas, Texas.

/s/ Steven W. Hartsell
Steven W. Hartsell