**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Robertson Transformer Co. d/b/a Robertson Worldwide, <br><br> Plaintiff, <br><br> v. <br><br> General Electric Company, <br> GE Lighting, LLC, <br> H.B. Etlin Company, Ltd. a/k/a Etlin-Daniels, <br> ARN Industries, Inc. d/b/a Halco Lighting Technologies, <br> Hatch Transformers, Inc., <br> Howard Industries Inc., and <br> Keystone Technologies, LLC, <br><br> Defendants, <br><br> and <br><br> Super X Manufacturing Ltd., <br><br> Intervenor. | Civil Action No. 1:12-cv-08094 <br><br> JURY TRIAL DEMANDED <br><br> Judge Elaine E. Bucklo |

**DECLARATION OF CLIFFORD CHAD HENSON IN SUPPORT OF**
**PLAINTIFF'S OPPOSITION TO DEFENDANT'S *DAUBERT* MOTION TO**
**EXCLUDE OPINION TESTIMONY OF MR. ANDREW CARTER**

I, Chad Henson, hereby declare as follows:

1. I am an attorney with Skiermont Puckett LLP, and counsel of record for Plaintiff Robertson Transformer Co. d/b/a Robertson Worldwide, in the above-captioned action. This declaration is made in support of Plaintiff's Response in Opposition to Defendants' Motion to Exclude the Opinion Testimony of Mr. Andrew Carter.

2. I am over the age of 21 years and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge.

3. Attached as Exhibit 1 to this declaration is a true and correct copy of the Expert Report of Andrew W. Carter, dated July 14, 2014.

4. Attached as Exhibit 2 to this declaration is a true and correct copy of the Responsive Expert Report of Andrew W. Carter, dated August 28, 2014.

5. Attached as Exhibit 3 to this declaration is a true and correct copy of excerpts from the deposition of Andrew W. Carter, taken September 30, 2014.

6. Attached as Exhibit 4 to this declaration is a true and correct copy of U.S. FED. TRADE COMM'N, THE EVOLVING IP MARKETPLACE: ALIGNING PATENT NOTICE AND REMEDIES WITH COMPETITION (2011), downloaded from the FTC's website.

7. Attached as Exhibit 5 to this declaration is a true and correct copy of excerpts from RICHARD A. POSNER, OVERCOMING LAW (1995).

8. Attached as Exhibit 6 to this declaration is a true and correct copy of PRICEWATERHOUSECOOPERS LLP, 2014 PATENT LITIGATION STUDY 10 (2014).

9. Attached as Exhibit 7 to this declaration is a true and correct copy of Super X's responses to Robertson's First Set of Interrogatories, as originally answered and as supplemented, together with SX0010057-58 cited therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this Second Day of February, 2015, in Dallas, Texas.


/s/ *Chad Henson*
Chad Henson

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on February 2, 2015.

*/s/* Paul J. Skiermont
