# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Robertson Transformer Co. d/b/a Robertson Worldwide,<br><br>    Plaintiff,<br><br>    v.<br><br>General Electric Company,<br>GE Lighting, LLC,<br>H.B. Etlin Company, Ltd. a/k/a Etlin-Daniels,<br>ARN Industries, Inc. d/b/a Halco Lighting Technologies,<br>Hatch Transformers, Inc.,<br>Howard Industries Inc., and<br>Keystone Technologies, LLC,<br><br>    Defendants,<br><br>and<br><br>Super X Manufacturing Ltd.,<br><br>    Intervenor. | Civil Action No. 1:12-cv-08094<br><br>JURY TRIAL DEMANDED<br><br>Judge Elaine E. Bucklo |

## NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL

PLEASE TAKE NOTICE that on February 26, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff shall appear before the Honorable Elaine E. Bucklo, or any other judge sitting in her stead, in the United States District Court for the Northern District of Illinois, located at the Dirksen Federal Building, Courtroom 2244, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then present its Motion for Leave to File Under Seal.

Plaintiff submits that the above Notice of Motion for Leave to File Under Seal complies with the timing requirements of Local Rule 78.1 and this Court. Plaintiff respectfully requests that the Court enter the proposed order as submitted with this Notice.

| | |
|---|---|
| Dated: February 2, 2015 | */s/ Paul J. Skiermont* <br> Paul J. Skiermont, Lead Attorney <br> N.D. Ill. Bar No. 6278464 <br> Donald Puckett <br> N.D. Ill. 24013358 <br> Rajkumar Vinnakota <br> N.D. Ill. Bar No. 24042337 <br> Steven W. Hartsell <br> N.D. Ill. Bar No. 24040199 <br> **SKIERMONT PUCKETT LLP** <br> 2200 Ross Avenue, Suite 4800W <br> Dallas, Texas 75201 <br> (214) 978-6600 (Telephone) <br> (214) 978-6601 (Facsimile) <br> paul.skiermont@skiermontpuckett.com <br> donald.puckett@skiermontpuckett.com <br> kumar.vinnakota@skiermontpuckett.com <br> steven.hartsell@skiermontpuckett.com <br> <br> *Counsel for Plaintiff Robertson Transformer Co. d/b/a Robertson Worldwide* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document, **NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL** was served on all counsel of record via the Court's CM/ECF system on February 2, 2015.

                                    */s/ Paul J. Skiermont*
                                    Paul J. Skiermont