IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robertson Transformer Co. d/b/a Robertson Worldwide,<br><br>           Plaintiff,<br><br>v.<br><br>General Electric Company, GE Lighting, LLC, H. B. Etlin Company, Ltd. a/k/a Etlin-Daniels, ARN Industries, Inc. d/b/a Halco Lighting Technologies, Hatch Transformers, Inc., Howard Industries Inc., and Keystone Technologies, LLC,<br><br>           Defendants,<br><br>and<br><br>Super X Manufacturing Ltd.,<br><br>           Intervenor. | Civil Action No. 1:12-cv-08094<br><br>Judge Elaine E. Bucklo |

## DECLARATION OF JAMES LOVSIN

I, James Lovsin, declare as follows:

1.    I am an attorney with McDonnell Boehnen Hulbert & Berghoff LLP, and counsel of record for Defendants General Electric Company, H.B. Etlin Company, Ltd. a/k/a Etlin Daniels, Halco Lighting Technologies, LLC (successor by conversion to ARN Industries, Inc. d/b/a Halco Lighting Technologies), Hatch Transformers, Inc., Howard Industries Inc., and Keystone Technologies, LLC and Intervenor Super X Manufacturing Ltd.

2.    Attached as **Exhibit 1** is a true and correct copy of Exhibit 12.3 of "Expert Report of Andrew W. Carter" submitted on July 14, 2014.

3.    Attached as **Exhibit 2** is a true and correct copy of an excerpt of the Deposition Transcript of Steven B. Seiavitich dated October 9, 2013.

4. Attached as **Exhibit 3** is a true and correct copy of an excerpt the Deposition Transcript of Jason Cook dated November 26, 2013.

5. Attached as **Exhibit 4** is a true and correct copy of a Letter dated February 19, 2014 from Mr. Lovsin to Mr. Vinnakota with Declaration of Daniel I. Garcia attached.

6. Attached as **Exhibit 5** is a true and correct copy Hatch Final Infringement Contentions with Exhibit Hatch 3B.

7. Attached as **Exhibit 6** is a true and correct copy Exhibit E to Roberts Opening Report.

8. Attached as **Exhibit 7** is a true and correct Defendants' Supplemental Interrogatory Responses dated December 31, 2013.

9. Attached as **Exhibit 8** is a true and correct copy of Defendants' Final Invalidity and Unenforceability Contentions dated September 17, 2013.

10. Attached as **Exhibit 9** is a true and correct copy of Exhibit DLX-44, Ron Bezdon's production bearing bates numbers RB0001396 – RB0001397.

11. Attached as **Exhibit 10** is a true and correct copy of Exhibit DLX-45, Ron Bezdon's production bearing bates number RB0001408.

12. Attached as **Exhibit 11** is a true and correct copy of Exhibit DLX-46, Ron Bezdon's production bearing bates numbers RB0001471 – RB0001472

13. Attached as **Exhibit 12** is a true and correct copy of Exhibit DLX-47, Ron Bezdon's production bearing bates numbers RB0001469 – RB0001470.

14. Attached as **Exhibit 13** is a true and correct copy Exhibit DLX-4, Defendants' Deposition Ex. No. 39.

15. Attached as **Exhibit 14** is a true and correct copy of Exhibit DLX-5, Defendants' Deposition Ex No. 35.

16. Attached as **Exhibit 15** is a true and correct copy of Exhibit DLX-7, Defendants' Deposition Ex No. 39.

17. Attached as **Exhibit 16** is a true and correct copy of Exhibit DLX-8, Defendants' Deposition Ex No. 29.

18. Attached as **Exhibit 17** is a true and correct copy of Exhibit DLX-9, Defendants' Deposition Ex. No. 40.

19. Attached as **Exhibit 18** is a true and correct copy of an excerpt from the Deposition Transcript of dated Billy Siu dated January 15, 2014 and January 16, 2014.

20. Attached as **Exhibit 19** is a true and correct copy of Ron Bezdon's Subpoena.

21. Attached as **Exhibit 20** is a true and correct copy of Defendants' Initial Disclosures.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: __February 2, 2015__         Signature: _[signature]_