**DOCUMENT NOT IMAGED DUE TO REASON[S] CHECKED BELOW**

☑ **SEALED/RESTRICTED DOCUMENT (A court order is required to view a sealed/restricted document.)**

☐ **TOO VOLUMINOUS**

☐ **PHOTOGRAPHS**

☐ **CIVIL BOND**

☐ **CRIMINAL BOND**

☐ **MISCELLANEOUS [MC] CASE**

☑ **OTHER:** 1 copy of a DVD filed as No. 298

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30 P.M. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY CALL THE CLERK'S OFFICE SERVICE CENTER - COPY DESK AT 312-435-5699.**