IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robertson Transformer Co. d/b/a Robertson Worldwide,<br><br>       Plaintiff,<br><br>   v.<br><br>General Electric Company,<br>GE Lighting, LLC,<br>H.B. Etlin Company, Ltd. a/k/a Etlin-Daniels,<br>ARN Industries, Inc. d/b/a Halco Lighting Technologies,<br>Hatch Transformers, Inc.,<br>Howard Industries Inc., and<br>Keystone Technologies, LLC,<br><br>       Defendants,<br><br>and<br><br>Super X Manufacturing Ltd.,<br><br>       Intervenor. | Civil Action No. 1:12-cv-08094<br><br>JURY TRIAL DEMANDED<br><br>Judge Elaine E. Bucklo |

### DECLARATION OF STEVEN W. HARTSELL IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE JANUARY 30, 2015, DECLARATION OF C.R. STEVENS

I, Steven W. Hartsell, hereby declare as follows:

1. I am an attorney with Skiermont Puckett LLP, and counsel of record for Plaintiff Robertson Transformer Co. d/b/a Robertson Worldwide, in the above-captioned action. This declaration is made in support of Plaintiff's Motion to Strike the January 30, 2015, Declaration of C.R. Stevens.

2. I am over the age of 21 years and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge.

3. Attached as Exhibit 1 to this declaration is a true and correct copy of excerpts from the deposition of C.R. "Steve" Stevens dated October 2, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of February, 2015, in Dallas, Texas.

/s/ Steven W. Hartsell
Steven W. Hartsell