# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Robertson Transformer Co.

                           Plaintiff,

v.                                               Case No.: 1:12–cv–08094
                                                        Honorable Elaine E. Bucklo

General Electric Company, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 23, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motions to seal [297], [301], [305], [309], [313] and [319] are taken under advisement. Motion to strike [317] is taken under advisement. No appearance is required on 2/26/2015. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.