UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Robertson Transformer Co.

                              Plaintiff,

v.                                                         Case No.: 1:12−cv−08094

General Electric Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3,2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's Motions to seal [297], [301] and Defendants' Motions to seal document [157], [165], [305], [309], [313] and [319] are granted with the caveat that if I later decide that all or any part of the documents should not be sealed, they will be unsealed. Defendants' sealed motions [156], [164], [169], [184] and [185] shall remain sealed but are terminated as motions because they are in fact declarations and memoranda f iled in support of other pending motions. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.